# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDREW RANACIS, Derivatively on Behalf of TARGET CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>BRIAN C. CORNELL, DAVID P. ABNEY, DOUGLAS M. BAKER, JR., GEORGE S. BARRETT, GAIL K. BOUDREAUX, ROBERT L. EDWARDS, DONALD R. KNAUSS, CHRISTINE A. LEAHY, MONICA C. LOZANO, GRACE PUMA, DERICA W. RICE, DIMITRI L. STOCKTON, MELANIE L. HEALEY, and MARY E. MINNICK,<br><br>*Individual Defendants*,<br><br>-and-<br><br>TARGET CORPORATION,<br><br>*Nominal Defendant.* | Case No. 0:25-cv-02743-NEB-SGE |

## DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, DEFENDANTS' UNOPPOSED MOTION TO STAY

Individual Defendants Brian C. Cornell, David P. Abney, Douglas M. Baker, Jr., George S. Barrett, Gail K. Boudreaux, Robert L. Edwards, Donald R. Knauss, Christine A. Leahy, Monica C. Lozano, Grace Puma, Derica W. Rice, Dmitri L. Stockton, Melanie L. Healey, and Mary E. Minnick and Nominal Defendant Target Corporation (collectively "Defendants"), by and through their undersigned counsel of record, respectfully move this

Court for an Order, pursuant to 15 U.S.C. §78u-4 and Rules 23.1 and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Complaint with prejudice or, in the alternative, staying the action. As set forth in Defendants' accompanying Memorandum of Law in Support of Their Motion To Dismiss or, in the Alternative, Their Unopposed Motion To Stay, filed contemporaneously with this motion, the Complaint fails to state a claim upon which relief may be granted.

This motion is based upon all the files, records, and proceedings in this action, and upon Defendants' Memorandum of Law in Support of Their Motion To Dismiss or, in the Alternative, Their Unopposed Motion To Stay and the Declaration of Jeffrey P. Justman and accompanying exhibits submitted herewith.

| | |
|---|---|
| Respectfully submitted, | Date: July 17, 2025 |
| /s/ Jeffrey P. Justman | Sandra C. Goldstein, P.C. (*pro hac vice pending*) |
| Jeffrey P. Justman | Alexander J. Rodney (*pro hac vice pending*) |
| MN Bar No. 0390413 | Jacob M. Rae (*pro hac vice pending*) |
| FAEGRE DRINKER BIDDLE & REATH LLP | Ashley P. Grolig (*pro hac vice pending*) |
| 2200 Wells Fargo Center | KIRKLAND & ELLIS LLP |
| 90 South 7th Street | 601 Lexington Avenue |
| Minneapolis, MN 55402 | New York, NY 10022 |
| Telephone: (612) 766-7000 | Telephone: (212) 446-4779 |
| jeff.justman@faegredrinker.com | sandra.goldstein@kirkland.com |
| | alexander.rodney@kirkland.com |
| | jacob.rae@kirkland.com |
| | ashley.grolig@kirkland.com |
| | *Attorneys for Individual Defendants and Nominal Defendant* |