# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDREW RANACIS, Derivatively on Behalf of TARGET CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>BRIAN C. CORNELL, DAVID P. ABNEY, DOUGLAS M. BAKER, JR., GEORGE S. BARRETT, GAIL K. BOUDREAUX, ROBERT L. EDWARDS, DONALD R. KNAUSS, CHRISTINE A. LEAHY, MONICA C. LOZANO, GRACE PUMA, DERICA W. RICE, DIMITRI L. STOCKTON, MELANIE L. HEALEY, and MARY E. MINNICK,<br><br>*Individual Defendants*,<br>-and-<br><br>TARGET CORPORATION,<br><br>*Nominal Defendant.* | Case No. 0:25-cv-02743-NEB-SGE |

### AMENDED NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, DEFENDANTS' UNOPPOSED MOTION TO STAY

**PLEASE TAKE NOTICE** that the hearing on Defendants' Motion To Dismiss or, in the Alternative, Defendants' Unopposed Motion To Stay in the above-captioned action will be heard before the Honorable Nancy E. Brasel, United States District Judge, in Courtroom 13W of the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, commencing at 4:00 p.m. on Wednesday, October 8, 2025, and continuing thereafter by adjournment until the same shall be completed.

| | |
|---|---|
| Respectfully submitted, | Date: July 18, 2025 |
| /s/ Jeffrey P. Justman | |
| Jeffrey P. Justman | Sandra C. Goldstein, P.C. (*pro hac vice pending*) |
| MN Bar No. 0390413 | |
| FAEGRE DRINKER BIDDLE & REATH LLP | Alexander J. Rodney (*pro hac vice pending*) |
| 2200 Wells Fargo Center | Jacob M. Rae (*pro hac vice pending*) |
| 90 South 7th Street | Ashley P. Grolig (*pro hac vice pending*) |
| Minneapolis, MN 55402 | KIRKLAND & ELLIS LLP |
| Telephone: (612) 766-7000 | 601 Lexington Avenue |
| jeff.justman@faegredrinker.com | New York, NY 10022 |
| | Telephone: (212) 446-4779 |
| | sandra.goldstein@kirkland.com |
| | alexander.rodney@kirkland.com |
| | jacob.rae@kirkland.com |
| | ashley.grolig@kirkland.com |
| | *Attorneys for Individual Defendants and Nominal Defendant* |