**B|E|S BRAGAR EAGEL & SQUIRE, P.C.**

Melissa A. Fortunato
810 Seventh Avenue
Suite 620
New York, NY 10019
Tel: (212) 308-1869
Fax: (212) 214-0506
fortunato@bespc.com

September 12, 2025

**VIA ECF**

The Honorable Nancy E. Brasel
United States District Court
District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415
612-664-5050

    Re:    *Ranacis v. Cornell et al.*, Case No. 2:25-cv-02743-NEB-SGE

Dear Judge Brasel:

    I write to advise the Court that on September 3, 2025, Plaintiff Andrew Ranacis ("Plaintiff") informed counsel that he had decided to no longer pursue the above-captioned action (the "Action") or any further remedies related to the wrongdoing alleged against Defendants[1] in the Action. Despite counsel's efforts to communicate with Mr. Ranacis, he has been unresponsive.

    Plaintiff's Motion for Voluntary Dismissal (the "Motion") (ECF No. 49) is pending before this Court, with Plaintiff's reply due September 19, 2025, and a hearing set for November 10, 2025. For the reasons stated in the Motion, dismissal of the Action without prejudice will not have any prejudicial effect on Target shareholders. ECF No. 49 at 2-3.

    Particularly given the pending Motion, we believe it is necessary and prudent to timely inform the Court of this development. We appreciate Your Honor's time and consideration of this matter, and we are available to answer any questions the Court may have.

                              Sincerely,

                              */s/ Melissa A. Fortunato*
                              Melissa A. Fortunato

cc:    Counsel of Record via ECF

---

[1] Brian C. Cornell, David P. Abney, Douglas M. Baker, Jr., George S. Barrett, Gail K. Boudreaux, Robert L. Edwards, Donald R. Knauss, Christine A. Leahy, Monica C. Lozano, Grace Puma, Derica W. Rice, Dimitri L. Stockton, Melanie L. Healey, Mary E. Minnick, and Nominal Defendant Target Corporation ("Target").

NEW YORK      SOUTH CAROLINA      CALIFORNIA