IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDREW RANACIS, Derivatively on Behalf of TARGET CORPORATION,<br><br>　　　　*Plaintiff*,<br>v.<br><br>BRIAN C. CORNELL, DAVID P. ABNEY, DOUGLAS M. BAKER, JR., GEORGE S. BARRETT, GAIL K. BOUDREAUX, ROBERT L. EDWARDS, DONALD R. KNAUSS, CHRISTINE A. LEAHY, MONICA C. LOZANO, GRACE PUMA, DERICA W. RICE, DIMITRI L. STOCKTON, MELANIE L. HEALEY, and MARY E. MINNICK,<br><br>　　　　*Individual Defendants*,<br>-and-<br><br>TARGET CORPORATION,<br><br>　　　　*Nominal Defendant*. | Case No. 0:25-cv-02743-NEB-SGE |

## NOTICE OF TRANSFER OF RELATED ACTIONS

Defendants and Nominal Defendant Target Corporation ("Target") hereby submit this Notice of Transfer of Related Actions to inform the Court that on Friday, November 14, 2025, the United States District Court for the Middle District of Florida granted Target's and Defendants' omnibus motion to transfer the related consolidated securities class action (captioned *In re Target Corp. Securities Class Action Litigation*, No. 2:25-cv-00135-KCD-DNF (M.D. Fla.)

(ECF 80)) and the related consolidated derivative shareholder action (captioned *In re Target Corp. Shareholder Derivative Litigation*, No. 2:25-cv-00021-KCD-DNF (M.D. Fla.) (ECF 80)) to this District.

Date:  November 17, 2025

Jeffrey P. Justman
MN Bar No. 0390413
FAEGRE DRINKER BIDDLE &
REATH LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
jeff.justman@faegredrinker.com

Respectfully submitted,

/s/ Sandra C. Goldstein
Sandra C. Goldstein, P.C. (*pro hac vice*)
Alexander J. Rodney (*pro hac vice* )
Jacob M. Rae (*pro hac vice*)
Ashley P. Grolig (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4779
sandra.goldstein@kirkland.com
alexander.rodney@kirkland.com
jacob.rae@kirkland.com
ashley.grolig@kirkland.com

*Attorneys for Individual Defendants and Nominal Defendant*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which provided electronic service upon all counsel of record.

/s/ Sandra C. Goldstein
Sandra C. Goldstein, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4779
alexander.rodney@kirkland.com