UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDREW RANACIS,

    Plaintiff,

v.                                                                                  Civil No. 25-2743 (NEB/SGE)

BRIAN C. CORNELL, ET AL,

    Defendants.
_____

IN RE: TARGET CORP.                                          Civil No. 25-4377 (NEB/SGE)
SHAREHOLDER DERIVATIVE
ACTION LITIGATION

_____

IN RE: TARGET CORP.                                          Civil No. 25-4380 (NEB/SGE)
SHAREHOLDER DERIVATIVE ACTION
LITIGATION

_____

MICHAEL MORGNER,

    Plaintiff,

v.                                                                                  Civil No. 25-4421 (ECT/EMB)

BRIAN C. CORNELL, ET AL,

    Defendants.
_____

1

_____

BRIAN CRAIG, ET AL.,

      Plaintiffs,

v.                                              Civil No. 25-4434 (ECT/DLM)

TARGET CORPORATION, ET AL,

      Defendants.

_____

### ORDER OF DIRECTION TO THE CLERK OF COURT
### FOR REASSIGNMENT OF RELATED CASE

Case Nos. 25-cv-2743 (NEB/SGE), 25-cv-4377 (NEB/SGE) and 25-cv-4380 (NEB/SGE) having been assigned to Judge Nancy E. Brasel and Magistrate Judge Shannon G. Elkins and Case Nos. 25-cv-4421 (ECT/EMB) and 25-cv-4434 (ECT/DLM) having later been assigned to Judge Eric C. Tostrud , Magistrate Judge Elsa M. Bullard, and Magistrate Judge Douglas L. Micko, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case Nos.  25-cv-4421 (ECT/EMB) and 25-cv-4434 (ECT/DLM) be assigned to Judge Nancy E. Brasel and Magistrate Shannon G. Elkins nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system.  The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

2

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: November 25, 2025   s/ Nancy E. Brasel
NANCY E. BRASEL
United States District Judge

Dated: November 26, 2025   s/ Eric C. Tostrud
ERIC C. TOSTRUD
United States District Judge